The grounds of the decision are, that defendant Stephens, in his answer admits the agreement for credit, and making of draft, and as to him no proof was necessary. The $100 deducted was an error in computation.

---

ALFRED C. HOUGH et al., Respondents, v. AMERICAN BAPTIST MISSIONARY UNION, Appellant.

(Argued February 2d, 1871; decided February 5th, 1871.)

*A. B. Capwell*, for appellant.

*J. Stanley*, for respondents.

This case presents the same questions, and is affirmed on the opinion written in *White et al.* exr. v. *Howard et al.* (*ante*, p. 144).

---

CHARLES LANEL, Respondent, v. WILLIAM W. VAN WAGENEN, Appellant.

(Argued March 29th, 1871; decided September 5th, 1871.)

*W. W. Van Wagenen*, appellant, in person.

*T. J. Glover*, for respondent.

Agree to affirm. No opinion. Ch. J. and ALLEN, J., not voting.

---

CHARLES LANEL, Respondent, v. WILLIAM W. VAN WAGENEN, Appellant.

(Argued April 17th, 1871; decided September 5th, 1871.)